# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FAULKNER,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | Case No.: 19-CV-1323 W (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 22]** |

  Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 22] and **ORDERS** the case **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

  **IT IS SO ORDERED**.

Dated: January 2, 2020

                  _____
                  Hon. Thomas J. Whelan
                  United States District Judge